**Order filed January 31, 2019**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-18-00054-CR

—————————

### DARRYL WAYNE LINDSEY, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 14-12-14947**

## ORDER

Appellant's brief discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 by **February 11, 2019.**

PER CURIAM